AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Fabian Vaksman

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-09-126-LRS

Eisenberg, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's action is DISMISSED without prejudice. Plaintiff is hereby prohibited from filing any further documents relating to these parties without first obtaining leave of the Court.

May 12, 2009                                                                JAMES R. LARSEN
*Date*                                                                            *Clerk*
                                                                                  s/ Vikki Johnson
                                                                                  *(By) Deputy Clerk*
                                                                                  Vikki Johnson